FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUN -8 PM 3: 54

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: SEARCH WARRANT FOR: )
)
Correspondence sent to/from Silas Thorpe ) 8:06MJ67
at Douglas County Correctional Center )
) ORDER
)
)

**SEALED**

IT IS HEREBY ORDERED that the Search Warrant and Application and Affidavit including Search Warrant Returns, along with this Motion and Order, are sealed.

Dated this 8th day of June, 2006.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge