FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUN 29 PM 4: 12

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06MJ67 |
| Plaintiff, | ) | 8:04CR158 |
| vs. | ) | ORDER |
| SILAS THORPE, | ) | |
| Defendant. | ) | |

**SEALED**

Provide Copies To:
- X U.S. Attorney Only
- ___ Federal Public Defender
- ___ Moving Counsel Only
- ___ All Counsel of Record
- ___ U.S Probation
- ___ U.S. Marshal
- ___ U.S. Pretrial Services

**SEALED**

This case is before the Court on the Motion of the United States of America, Plaintiff, for an extension of time delaying Federal Rules of Criminal Procedure Rule 16 disclosure for an additional 30 days (Filing #_____).

**IT IS ORDERED**:

1. The Plaintiff's Ex Parte Motion for a 30 day Extension (Filing # _____) is granted.

2. The Plaintiff is authorized not to disclose certain Federal Rules of Criminal Procedure Rule 16 material for an additional 30 days.

3. The Plaintiff is authorized not to disclose the contents and existence of the search warrant until 30 days after the date of this Order.

4. That said Motion and this Order are sealed.

Dated this 29th day of June, 2006.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge